IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HSBC BANK USA, N.A.** *As Trustee for the Holders of the Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1* <br> *Plaintiff*, <br><br> v. <br><br> **ANDRES JALON and REGENNA A. JALON,** <br> *Defendants*. | : <br> : <br> : <br> : <br> : <br> : <br> : CIVIL NO. 22-4292 <br> : <br> : <br> : <br> : |

## ORDER

**AND NOW,** this **29th** day of **September, 2023**, upon consideration of the Notice of Removal (ECF No. 1), the plaintiff's complaint, the plaintiff's Motion to Remand (filed in Civ. A. No 22-4039 at ECF No. 5), and the defendants' Brief in Opposition to the Motion to Remand (filed in Civ. A. No 22-4039 at ECF No. 8), it is hereby **ORDERED** that, pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

BY THE COURT:

/s/ Kai N. Scott
**HON. KAI N. SCOTT**
**United States District Court Judge**